**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | **Case. No. 21-231 (ZMF)** |
| ) | |
| **RAECHEL GENCO** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION
TO LEAVE HER RESIDENCE EARLIER THAN THE CURFEW**

Defendant, Raechel Genco through undersigned counsel, respectfully moves for permission to leave her residence at 6:30 am on Monday, May 3, 2021 to travel for a funeral service in Levittown, Pennsylvania[1].

In support of the motion, counsel states:

1.     On February 26, 2021, Ms. Genco appeared before the Court for her initial appearance pursuant to a criminal complaint charging her with Entering or Remaining in any Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1), and (2).  At the conclusion of the hearing, the Court released Ms. Genco on conditions that included a curfew and location monitoring. The curfew requires Ms. Genco to be in her residence from 10:00 pm to 8:00 am.  Since her initial appearance, Ms. Genco has fully complied with the Court's release conditions and the instructions of the supervising pretrial service officer from the Middle District of Pennsylvania.

---

[1]     Ms. Genco has provided the online link to the funeral service that includes all the details regarding the deceased and the date, time and location of the funeral service.  Undersigned counsel provided the link to government counsel, which has also been shared with the supervising Pretrial Service Officer for the Middle District of Pennsylvania.

2.      Ms. Genco is moving the Court to permit her to leave the residence at 6:30 am on Monday, May 3, 2021 to attend a funeral service in Levittown, Pennsylvania. The funeral service is scheduled to begin at 10:30 am.  However, a viewing at 9:00 am will precede the service.  Ms. Genco would like to attend the viewing along with the funeral service. In order to account for the two and half hour travel time, Ms. Genco will need to leave her residence by 6:30 am.

3.      Assistant United States Attorney April Russo has indicated that the government does not oppose Ms. Genco's request for permission to leave her residence at 6:30 am on Monday, May 3, 2021.

Wherefore, undersigned counsel respectfully moves the Court to permit Ms. Genco to leave her residence at 6:30 am so that she may travel to Levittown, Pennsylvania to attend a viewing and funeral service.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500