UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case. No. 21-231 (ZMF)** |
| | ) | |
| **RAECHEL GENCO** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion for Permission to leave her Residence Earlier than her Curfew it is hereby

**ORDERED** that Defendant is permitted to leave her residence at 6:30 am on Monday, May 3, 2021, so that she may travel to Levittown, Pennsylvania for a viewing and funeral service. Defendant must return to her residence that same day within her curfew window.   It is further

**ORDERED** that Defendant must notify her Pretrial Services Officer of this Order by 12:00 p.m. on May 2, 2021.

All other conditions of Defendant's release (ECF No. 8) remain in effect.

   **SO ORDERED**

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

_____
**ROBIN M. MERIWEATHER**
**UNITED STATES MAGISTRATE JUDGE**

April Russo
Assistant United States Attorney
555 4th Street, N.W. Washington,
D.C. 20530

David Herzog
Pretrial Services Agency, Rm 720
United States Federal Courthouse
228 Walnut Street,
Harrisburg, PA
17108 0805