UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.              )    Case. No. 21-231 (ZMF)<br>)<br>**RAECHEL GENCO**                    )<br>)<br>**Defendant.**        )<br>) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE**

Defendant, Raechel Genco through undersigned counsel, respectfully moves unopposed for Modification of her Conditions of pretrial release by removing the curfew the 10:00 pm to 8:00 am curfew.

In support of the motion, counsel states:

1.   On February 26, 2021, Ms. Genco appeared before the Court for her initial appearance pursuant to a criminal complaint charging her with Entering or Remaining in any Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1), and (2). At the conclusion of the hearing, the Court released Ms. Genco on conditions that included a curfew and location monitoring. The curfew requires Ms. Genco to be in her residence from 10:00 pm to 8:00 am. Since her initial appearance, Ms. Genco has fully complied with the Court's release conditions and the instructions of the supervising pretrial service officer from the Middle District of Pennsylvania.

2.   Ms. Genco is moving the Court to Modify her Conditions of Release by removing the curfew that has been in place since February 16, 2021. The motion for modification is solely based on Ms. Genco's employment with Kohl's department store. Ms. Genco is training as a

1

sales supervisor and in that capacity, she needs flexibility with a schedule that will allow her to leave her residence earlier than 8:00 am. Similarly, on some days she may have to work the night shift and will not be able to get home by 10:00 pm. The employment with Kohl's presents the potential for professional advancement and long-term employment.

3.Assistant United States Attorney April Russo has indicated that the government does not oppose Ms. Genco's request for modifying her conditions of release by removing the curfew. The GPS condition will remain in place.

Wherefore, undersigned counsel respectfully moves the Court to Modify Ms. Genco's conditions of release by removing the curfew that has been in place since February 26, 2021.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500