# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21mj231** |
| : | |
| **Raechel Genco,** : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the Preliminary Hearing to 1:00 p.m. on August 4, 2021, before Magistrate Judge Robin M. Meriweather; it is

FURTHER ORDERED that the period from June 17, 2021 to August 4, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with her client and prepare, and that delay is necessary for the parties to work on a potential pretrial resolution.

_____
Zia Faruqui
United States Magistrate Judge