**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21mj231** |
| | : | |
| **Raechel Genco,** | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter to January 31, 2022. The Government and the defendant agree that there is good cause to extend the complaint in this case from December 28, 2021 to January 31, 2022, and to adjourn the preliminary hearing in this case to January 31, 2022. Defendant concurs in this request and agrees that it is in her best interest. In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The current restrictions on counsel, particularly those impacting defense counsel's ability to communicate with his client, have slowed this process. The parties agree that the complaint will remain in full force and effect through the new date of January 31, 2022. The parties agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

2. The parties, therefore, would respectfully request that the preliminary hearing and the

1

date by which an information or an indictment must be filed be continued until January 31, 2022.  The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.  The parties agree that pursuant to 18 U.S.C. § 3161, the time from December 28, 2021 through January 31 2022, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until January 31, 2022.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: /s/ April N. Russo
   April N. Russo
   Assistant United States Attorney
   PA Bar No. 313475
   U.S. Attorney's Office
   555 4th Street, N.W.
   Washington, D.C. 20530
   202-252-1717
   april.russo@usdoj.gov

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21mj231** |
| | : | |
| **Raechel Genco,** | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing to January 31, 2022; it is

FURTHER ORDERED that the period from December 28, 2022 through January 31, 2022 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7).  The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with her client and prepare, and that delay is necessary for the parties to work on a potential resolution.

It Is So Ordered.

_____
Zia Faruqui
United States Magistrate Judge

Entered: _____

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the Consent Motion to Continue Preliminary Hearing was served upon counsel of record through the electronic court filing system, this 23rd day of December 2021.


By:   /s/    April N. Russo
April N. Russo
Assistant United States Attorney
PA Bar. Bar 313475
555 4th Street, N.W.
Washington, D.C. 20530
 (202) 252-1717
 April.russo@usdoj.gov