UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> RAECHEL GENCO  ) <br> ) <br> **Defendant.**  ) <br> ) | **Case No. 21-mj-000231** |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of BARBARA W. PALMER, and good cause having been shown, it is this ___7th___ day of ___January___, 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that BARBARA W. PALEMR shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Ms. Palmer is permitted to execute all pleadings in this case without the necessity of Attorney Allen H. Orenberg being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
G. Michael Harvey
United States Magistrate Judge