# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 21-mj-000231- |
| | : | |
| **RAECHEL GENCO,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

COMES NOW, Barbara W. Palmer and, pursuant the court's permission to appear in this matter *pro hac vice*, hereby enters her appearance on behalf of the Defendant, Raechel Genco, in the above-captioned criminal cause.

Respectfully Submitted,

/s/ *Barbara W. Palmer*
Barbara W. Palmer
TX Bar No. 15424395
P.O. Box 1386
Princeton, TX  75407
Tel. No. (214) 734-1861
Email: bpalmer.txag@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2022, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

/s/ *Barbara W. Palmer*
Barbara W. Palmer