UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 21mj231 |
| : | |
| **Raechel Genco,** : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter to March 2, 2022. The Government and the defendant agree that there is good cause to extend the complaint in this case from January 31, 2022 to March 2, 2022, and to adjourn the preliminary hearing in this case to March 2, 2022. Defendant concurs in this request and agrees that it is in her best interest. In support thereof, the government states as follows:

1. The defendant has a new attorney who just started working on this case a few weeks ago. The new attorney needs time to get up to speed on the discovery, the plea agreement, and any potential resolution in this case. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The current restrictions on counsel, particularly those impacting defense counsel's ability to communicate with his client, have slowed this process. The parties agree that the complaint will remain in full force and effect through the new date of March 2, 2022. The parties agree that this stipulation and any order resulting therefrom

1

shall not affect any previous order of pretrial detention or pretrial release.

2. The parties, therefore, would respectfully request that the preliminary hearing and the date by which an information or an indictment must be filed be continued until March 2, 2022. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from January 31, 2022 to March 2, 2022 shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until March 2, 2022.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481502

By:   /s/   April N. Russo
       April N. Russo
       Assistant United States Attorney
       PA Bar No. 313475
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-1717
       april.russo@usdoj.gov