# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-mj-231 (ZMF) |
| | : | |
| **RAECHEL GENCO,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Assistant United States Attorney Hava Mirell is entering her appearance as counsel for the United States in the above-captioned matter.

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:  */s/ Hava Mirell*
    HAVA ARIN LEVENSON MIRELL
    CA Bar No. 311098
    Assistant United States Attorney
    Detailee
    312 N. Spring St., Suite 1100
    Los Angeles, CA 90012
    (213) 894-0717
    hava.mirell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By:     /s/ Hava Mirell
            Hava Mirell
            Assistant United States Attorney