# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 21-mj-000231-ZMF |
| | : | |
| **RAECHEL GENCO,** | : | |
|    **Defendant.** | : | |

## ORDER

Upon consideration of the motion to strike appearance and to vacate the CJA appointment, and the entire record in this case, it is hereby

**ORDERED** that the Court strikes the appearance of Allen H. Orenberg as counsel for Raechel Genco and vacates the CJA appointment thereunder.

_____
United States Magistrate Judge
U. S. District Court for the District of Columbia